THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. C17-0790-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZYLAB NORTH AMERICA, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Having reviewed all of the briefing regarding Plaintiff's motion to compel discovery (Dkt. No. 27), and in light of the Court's August 31, 2017 order granting Plaintiff's motion to extend the deadline for voluntary mediation (Dkt. No. 31), the Court ORDERS the following:

1. The parties are ORDERED to meet and confer in an effort to resolve the discovery disputes listed in Plaintiff's motion to compel (Dkt. No. 27.)
2. By September 29, 2017, Plaintiff is ORDERED to file a joint status report, which certifies to the Court that the parties have in good faith conferred in order to resolve outstanding discovery disputes described in Plaintiff's motion to compel.
3. The joint status report shall describe all unresolved discovery disputes, as well as the

status of a proposed order of protection.

4. The Clerk is DIRECTED to renote Plaintiff's motion to compel (Dkt. No. 27) to September 29, 2017.

DATED this 18th day of September 2017.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk