UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. C17-0790-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZYLAB NORTH AMERICA, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to compel responses to interrogatories (Dkt. No. 39) and Defendant's motion to compel production of documents (Dkt. No. 44). Defendant's motion to compel responses to interrogatories (Dkt. No. 39) is currently noted for consideration on October 13, 2017. Defendant's motion to compel production of documents (Dkt. No. 44) is currently noted for consideration on October 20, 2017.

Given the similarity of these motions, it is appropriate that they be addressed by the Court and parties at the same time. Therefore, the Court DIRECTS the Clerk to RENOTE Defendant's motion to compel responses to interrogatories (Dkt. No. 39) to October 20, 2017. Plaintiff shall file one response that addresses both of Defendant's motions to compel (Dkt Nos. 39, 44). Plaintiff's response shall be no longer than 24 double-spaced pages. Plaintiff's response must be

filed no later than October 16, 2017. Defendant may file one reply brief to Plaintiff's response. Defendant's reply, if submitted, shall be no longer than 12 double-spaced pages. Defendant's reply, if submitted, must be filed no later than October 20, 2017.

DATED this 6th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0790-JCC
PAGE - 2