UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. C17-0790-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZYLAB NORTH AMERICA, LLC | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Mediator's Report filed on November 8, 2017 (Dkt. No. 57). According to the report, the parties have resolved this case via mediation. (Dkt. No. 57.) Plaintiff is ORDERED to file a notice of settlement within 30 days of the issuance of this order. The Clerk is DIRECTED to strike all case management dates and statistically close the case.

DATED this 13th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
