The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ZYLAB NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | No. 2:17-cv-00790-JCC<br><br>LCR 11(B) NOTICE OF SETTLEMENT AND REQUEST TO STRIKE ALL DATES ON THE SCHEDULING ORDER (DOC. NO. 15) |

COMES NOW Plaintiff, City of Seattle, by and through its counsel, and Defendant ZyLAB North America, LLC, by and through its counsel, and notifies the Court, pursuant to the Court's Minute Order dated November 13, 2017 (Doc. # 58) and pursuant to Local Civil Rule 11(b), that the parties have reached a settlement. The parties request that this Court strike all trial dates set in the scheduling order (Doc. # 15) in anticipation of the stipulated voluntary dismissal of actions, to be filed no later than December 20, 2017.

Date: December 13, 2017

PETER S. HOLMES
Seattle City Attorney

/s/ *John. L. Groh* (by email consent)
John L. Groh, WSBA #18440
Assistant City Attorney
701 Fifth Avenue, Suite 2050

LCR 11 NOTICE OF SETTLEMENT - 1
Case No. 2:17-cv-00790-JCC
500886630 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

|   |   |   |
|---|---|---|
| 1 |  | Seattle, WA 98104 |
| 2 |  | Tel: (206) 233-2169 |
|   |  | Email: John.Groh@seattle.gov |
| 3 |  |  |
| 4 | Date: December 13, 2017 | K&L GATES LLP |
| 5 |  | /s/ *Raina V. Wagner* |
|   |  | Martha Rodriguez Lopez, WSBA #35466 |
| 6 |  | Raina V. Wagner, WSBA #45701 |
| 7 |  | K&L Gates LLP |
|   |  | 925 Fourth Avenue, Suite 2900 |
| 8 |  | Seattle, WA  98104 |
|   |  | Phone: 206-370-7882 |
| 9 |  | Fax: 206-370-6080 |
| 10 |  | Attorneys for The City of Seattle |
| 11 |  |  |
| 12 | Date:  December 13, 2017 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 13 |  | /s/  *Joseph N. Demko* (by email consent) |
|   |  | Joseph N. Demko, jdemko@jmbm.com |
| 14 |  | Matthew S. Kenefick, mkenefick@jmbm.com |
|   |  | Two Embarcadero Center, 5th Floor |
| 15 |  | San Francisco, California 94111-3813 |
| 16 |  | Phone (415) 398-8080 |
|   |  | Fax (415) 398-5584 |
| 17 |  | *Admitted pro hac vice* |
| 18 |  | Attorneys for ZyLAB North America, LLC |

LCR 11 NOTICE OF SETTLEMENT - 2
Case No. 2:17-cv-00790-JCC
500886630 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## **ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that all dates on the scheduling order be stricken, and that the parties shall file a stipulated voluntary dismissal pursuant to Rule 41 by December 20, 2017.

DATED this ____ day of December, 2017.

Honorable John C. Coughenour
United States District Court Judge

*Presented by:*

K&L GATES LLP

/s/ *Raina V. Wagner*
Martha Rodriguez Lopez, WSBA #35466
Raina V. Wagner, WSBA #45701
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone: 206-370-7882
Fax: 206-370-6080

Attorneys for The City of Seattle

LCR 11 NOTICE OF SETTLEMENT - 3
Case No. 2:17-cv-00790-JCC
500886630 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on December 13, 2017, I arranged for electronic filing of the foregoing document, with attached exhibits, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Jack Cullen | Joseph N. Demko |
| Foster Pepper PLLC | Matthew S. Kenefick |
| 1111 Third Avenue, Suite 3000 | Jeffer Mangels Butler & Mitchell LLP |
| Seattle, WA 98101 | Two Embarcadero Center, 5th Floor |
| Attorneys for Defendant | San Francisco, California 94111-3813 |
| | Attorneys for Defendant |

DATED this 13th day of December, 2017.

*s/ Raina V. Wagner*
Raina V. Wagner, WSBA # 45701
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Email: raina.wagner@klgates.com

LCR 11 NOTICE OF SETTLEMENT - 4
Case No. 2:17-cv-00790-JCC
500886630 v1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022