THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. C17-0790-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZYLAB NORTH AMERICA, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 60). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all of the claims in this action are DISMISSED with prejudice and with each party being responsible for its own costs, attorney fees, and expenses. The Clerk is directed to CLOSE this case.

DATED this 21st day of December 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk